### MELTON V. THE STATE.
(Decided November 27, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### NEUART V. THE STATE.
(Decided January 13, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

PELHAM, J.—No error. Affirmed.

---

### NORED V. THE STATE.
(Decided February 12, 1914.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### PERKINS V. THE STATE.
(Decided November 30, 1913.)

APPEAL from Clarke County Court.

Heard before Hon. THOMAS W. DAVIS.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—Corrected and affirmed.